UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

  09 CV 8824

Teva Pharmaceuticals USA, Inc.,
Teva Pharmaceutical Industries Ltd.,
Teva Neuroscience, Inc., and
Yeda Research and Development Co. Ltd.

Plaintiff,

-v-

Mylan Pharmaceuticals Inc.,
Mylan Inc., and
Natco Pharma Ltd.

Defendant.

Case No. _____

Rule 7.1 Statement



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., and Teva Neuroscience, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

The undersigned counsel hereby discloses that: (a) the parent companies of Teva Pharmaceuticals USA, Inc. are: Orvet UK Unlimited, Teva Pharmaceuticals Europe, B.V. and Teva Pharmaceutical Industries Ltd.; and (b) Teva Pharmaceutical Industries Ltd. is the only publicly traded company that owns – through the aforementioned chain – 10% or more of Teva Pharmaceuticals USA, Inc.

The undersigned counsel further discloses that: (a) Teva Pharmaceutical Industries Ltd. has no parent company; and (b) no publicly traded company owns 10% or more of Teva Pharmaceutical Industries Ltd.

The undersigned counsel further discloses that: (a) the parent companies of Teva Neuroscience, Inc. are: IVAX Corporation, Teva Pharmaceuticals USA, Inc., Orvet UK Unlimited, Teva Pharmaceuticals Europe B.V. and Teva Pharmaceutical Industries Ltd.; and (b) Teva Pharmaceutical Industries Ltd. is the only publicly traded company that owns – through the aforementioned chain – 10% or more of Teva Neuroscience, Inc.

Date: 10/16/2009

Signature of Attorney

Attorney Bar Code: PJ9310