UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**09 CV 8824**

Teva Pharmaceuticals USA, Inc.,
Teva Pharmaceutical Industries Ltd.,
Teva Neuroscience, Inc., and
Yeda Research and Development Co. Ltd.

Plaintiff,

-v-

Mylan Pharmaceuticals Inc.,
Mylan Inc., and
Natco Pharma Ltd.

Defendant.

Case No. _____

**Rule 7.1 Statement**

RECEIVED
OCT 16 2009
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Yeda Research and Development Co. Ltd.   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

The undersigned counsel discloses that:
(1) Yeda Research and Development Co. Ltd. is wholly owned by Yeda Trust; and
(2) no publicly traded company owns 10% or more of Yeda Research and Development Co. Ltd.

Date: 10/16/2009

Signature of Attorney

Attorney Bar Code: PJ9310