UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA NEUROSCIENCE, INC., and YEDA RESEARCH AND DEVELOPMENT CO. LTD., <br><br> *Plaintiffs*, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., MYLAN INC., and NATCO PHARMA LTD., *Defendants*. | Civil Action No. 09-CV-8824 (BSJ) (AJP) <br><br> **FILED ELECTRONICALLY** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the entry of my appearance as counsel for Plaintiffs TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA NEUROSCIENCE, INC., and YEDA RESEARCH AND DEVELOPMENT CO. LTD.

Dated: August 2, 2010

KENYON & KENYON LLP

   s/ William G. James, II
William G. James (Bar No.: WJ8885)
1500 K Street, N.W.
Suite 700
Washington, DC 20005
Tel: (202) 220-4412
Fax: (202) 220-4200

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on August 2, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| David M. Hashmall, Esq. | Patricia Young, Esq. |
| Joseph B. Crystal, Esq. | Brandon M. White, Esq. |
| Daryl L. Wiesen, Esq. | Colin G. Sandercock, Esq. |
| Nicholas K. Mitrokostas, Esq. | Alfonso N. Cornish, II, Esq. |
| Elizabeth J. Holland, Esq. | John Skilton, Esq. |
| Steven J. Lee, Esq. | Beth D. Jacob, Esq. |
| Patrice P. Jean, Esq. | |
| Nicholas Groombridge, Esq. | |

      ___s/  William G. James, II__
      William G. James (Bar No.: WJ8885)