UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA NEUROSCIENCE, INC., and YEDA RESEARCH AND DEVELOPMENT CO. LTD.,<br><br>   *Plaintiffs*,<br><br> v.<br><br>MYLAN PHARMACEUTICALS INC., MYLAN INC., and NATCO PHARMA LTD.,<br>   *Defendants*. | Civil Action No. 09-CV-8824 (BSJ) (AJP)<br><br>**FILED ELECTRONICALLY** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the entry of my appearance as counsel for Plaintiffs TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA NEUROSCIENCE, INC., and YEDA RESEARCH AND DEVELOPMENT CO. LTD.

Dated: August 2, 2010    KENYON & KENYON LLP

              ___s/ Carolyn A Blessing___
              Carolyn Anne Blessing (Bar No.: CB7015)
              One Broadway
              New York, New York 10004
              Tel: (212) 425-7200
              Fax: (212) 425-5288

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| David M. Hashmall, Esq. | Patricia Young, Esq. |
| Joseph B. Crystal, Esq. | Brandon M. White, Esq. |
| Daryl L. Wiesen, Esq. | Colin G. Sandercock, Esq. |
| Nicholas K. Mitrokostas, Esq. | Alfonso N. Cornish, II, Esq. |
| Elizabeth J. Holland, Esq. | John Skilton, Esq. |
| Steven J. Lee, Esq. | Beth D. Jacob, Esq. |
| Patrice P. Jean, Esq. | |
| Nicholas Groombridge, Esq. | |

                                            ___s/ Carolyn A Blessing __
                                            Carolyn Anne Blessing (Bar No.: CB7015)