*Pock, mag*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: *8/4/10*

ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

TEVA PHARMACEUTICALS USA, INC.,         :
TEVA PHARMACEUTICAL INDUSTRIES LTD.,    :
TEVA NEUROSCIENCE, INC., and            :
YEDA RESEARCH AND                       :
DEVELOPMENT CO. LTD.,                   :
                                        :
        *Plaintiffs/Counterclaim-Defendants,*  :  Civil Action No. 09-cv-08824 (BSJ) (AJP)
                                        :
                v.                      :
                                        :
MYLAN PHARMACEUTICALS INC.,             :
MYLAN INC., and NATCO PHARMA LTD.       :
                                        :
        *Defendants/Counterclaim-Plaintiffs.*  :
------------------------------------------------------------------ x

PLEASE TAKE NOTICE that the law firm of Schiff Hardin LLP, counsel for Mylan

Pharmaceuticals Inc. and Mylan Inc. (collectively "Mylan"), and Natco Pharma Ltd. ("Natco"),

hereby withdraws as counsel of record for Mylan and Natco in the above-captioned action, and

stipulates to the substitution of Friedman Kaplan Seiler & Adelman LLP, 1633 Broadway, New

York, New York 10019, as attorney of record for Mylan and Natco.

Dated: August _1_, 2010             Dated: August _2_, 2010

New York, New York                  New York, New York

SCHIFF HARDIN LLP                   FRIEDMAN KAPLAN SEILER & ADELMAN
                                    LLP

By: _____               By: _____
    Beth D. Jacob                       Ricardo Solano Jr.
    (bjacob@schiffhardin.com)           (rsolano@fklaw.com)
    900 Third Avenue                    1633 Broadway
    New York, NY 10022                  New York, NY 10019
    Tel.: (212) 745-0835                Tel.: (212) 833-1100
    Fax: (212) 753-5044                 Fax: (212) 548-2150

904198.1

SO ORDERED:

_____
Hon. Andrew Jay Peck
United States Magistrate Judge

**BY FAX**

SO ORDERED:

Dated: August ___, 2010
      New York, NY

_____
Andrew J. Peck, U.S.M.J.

904198.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
                                                      :
                                                      :
TEVA PHARMACEUTICALS USA, INC.,                       :
TEVA PHARMACEUTICAL INDUSTRIES LTD.,  :
TEVA NEUROSCIENCE,.INC., and                          :
YEDA RESEARCH AND                                     :
DEVELOPMENT CO. LTD.,                                 :
                                                      :
         *Plaintiffs/Counterclaim-Defendants,*   :   Civil Action No. 09-cv-08824 (BSJ) (AJP)
                                                      :
                          v.                          :
                                                      :
MYLAN PHARMACEUTICALS INC.,                           :
MYLAN INC., and NATCO PHARMA LTD.                     :
                                                      :
         *Defendants/Counterclaim-Plaintiffs.*   :
------------------------------------------------------------------- x

## AFFIDAVIT PURSUANT TO LOCAL RULE 1.4
## IN SUPPORT OF NOTICE OF WITHDRAWAL,
## AND [PROPOSED] ORDER

STATE OF NEW JERSEY     )
                        ) ss:
COUNTY OF ESSEX         )

         RICARDO SOLANO JR., being sworn, deposes and says:

         1.      I am a member of the firm Friedman Kaplan Seiler & Adelman LLP.

Pursuant to Local Rule 1.4, I submit this affidavit in support of the accompanying notice of

withdrawal, and [proposed] order.

         2.      Defendants Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively

"Mylan"), and Defendant Natco Pharma Ltd. ("Natco"), are currently represented by the law

firm of Schiff Hardin LLP and Perkins Coie, L.L.P. in this matter.

904199.1

3.      Mylan and Natco wish to substitute Friedman Kaplan Seiler & Adelman LLP as its counsel in this matter in place of Schiff Hardin LLP.  Perkins Coie, LLP will remain as Mylan's and Natco's counsel.

4.      Friedman Kaplan Seiler & Adelman LLP and Schiff Hardin LLP have stipulated to this substitution, and Friedman Kaplan Seiler & Adelman LLP filed a Notice of Appearance in this matter on August 3, 2010.

5.      This matter is currently in the fact discovery stage, which currently has a cut-off date of October 15, 2010.

6.      The substitution of Friedman Kaplan Seiler & Adelman LLP and withdrawal of Schiff Hardin LLP as counsel for Mylan and Natco in this matter will not cause or result in any delay or prejudice to the proceedings in this action.

Dated: August 3, 2010
       Newark, New Jersey

_____
Ricardo Solano Jr.

Sworn to before me this
3rd day of August 2010
ALDA M. NELSON
Commission #2390068
Notary Public, State of New Jersey
Commission Effective

_____
Notary Public

2